# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Osar Felix-Perez,<br>a.k.a.: Oscar Felix Perez,<br>a.k.a.: Oscar Armando Felix-Perez,<br>(A 078 685 510)<br>*Defendant* | )<br>)<br>) Case No. 16-6488MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 16, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for SAUSA David Whipple

☒ Continued on the attached sheet.

*Complainant's signature*
Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 3, 2016

City and state: Phoenix, Arizona

*Judge's signature*

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On October 16, 2016, Osar Felix-Perez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 27, 2006, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On October 16, 2016, at or near Phoenix, in the District of Arizona, Osar Felix-Perez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 16, 2016, Osar Felix-Perez was booked into the Maricopa County Jail (MCJ) by the Peoria Police Department on local charges. While incarcerated at the MCJ, Felix-Perez was examined by ICE Officer A. Garcia who determined him to be a citizen of Mexico, illegally present in the United States. On that same date, an immigration detainer was lodged with the MCJ. On November 2, 2016, Felix-Perez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Felix-Perez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Osar Felix-Perez to be a citizen of Mexico and a previously deported criminal alien. Felix-Perez was removed from the United States to Mexico at or near Nogales, Arizona, on or about October 27, 2006, pursuant to the reinstatement of an order of removal issued by an immigration judge.  There is no

record of Felix-Perez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Felix-Perez's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Osar Felix-Perez in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Felix-Perez presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Felix-Perez entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Felix-Perez's immigration history was matched to him by electronic fingerprint comparison.

5. On November 2, 2016, Osar Felix-Perez was advised of his constitutional rights. Felix-Perez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 16, 2016, Osar Felix-Perez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously

denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 27, 2006, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on October 16, 2016, at or near Phoenix, in the District of Arizona, Osar Felix-Perez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 3rd day of November, 2016.

David K. Duncan,
United States Magistrate Judge